**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

U.S. Commodity Futures Trading Commission

Plaintiff,

v.

Case No.:
1:07–cv–03598
Honorable Blanche
M. Manning

Lake Shore Asset Management Limited, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

MINUTE entry before Judge Blanche M. Manning : The Seventh Circuit remanded the receivership appeal and the mandate has issued. The parties are directed to confer regarding proposed changes to the receivership order in light of the Seventh Circuit#039;s opinion addressing the preliminary injunction appeal. Lake Shore Limited shall then file an appropriate motion with the court. If the motion is not agreed, Lake Shore Limited must also: (1) file a detailed memorandum of law supporting its position; and (2) provide the court with a proposed briefing schedule (either an agreed schedule or a summation of the parties' proposed schedules).Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.