IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | CASE NO. 07 C 3598 |
| Plaintiff, | ) ) | HON. REBECCA R. PALLMEYER |
| v. | ) ) | MAG. JUDGE MICHAEL T. MASON |
| LAKE SHORE ASSET MANAGEMENT LIMITED, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the motion (the " Motion") of Robb Evans & Associates, LLC, the temporary equity receiver (the "Receiver") for the Lake Shore Common Enterprise for entry of an order, pursuant to LR 66.1 authorizing the payment of the administrative expenses incurred by the Receiver for the period April 1, 2012 through December 31, 2012; due and sufficient notice of the Motion having been given under the circumstances; no objection having been interposed to the relief requested therein; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

(1)     The Motion is granted in its entirety.

(2)     The administrative fees and expenses of the Receiver and its staff and counsel for the Receiver, for the period April 1, 2012 through December 31, 2012 are approved in the following amounts:

    (i)    Receiver – $43,784.36;
    (ii)   Shaw Fishman – $11,253.60;
    (iii)  Heuking, Kuhn, Luer, Wojtek - $7,376.78; and
    (iv)   Linda J. Candler - $2,447.50

6336 ORD A0340785.WPD


(3) The Receiver is authorized to pay the allowed fees and expenses on the terms set forth in the motion.

(4) The procedures for notice and service of the Motion as set forth therein are approved.

ENTERED: March 7, 2013

By /s/ Michael T. Mason
The Honorable Michael T. Mason,
*United States Magistrate Judge*

*Prepared by:*

Ira Bodenstein
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60062
(312) 541-0151 (tel.)
(312) 980-3888 (fax)
ibodenstein@shawfishman.com

6336 ORD A0340785.WPD